# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 07-2849

———————

George W. Carlisle, Jr.,          *
                                  *
          Appellant,              *
                                  *    Appeal from the United States
     v.                           *    District Court for the
                                  *    Eastern District of Missouri.
City of St. Peters, HR Department, *
                                  *    [UNPUBLISHED]
          Appellee.               *

———————

Submitted: December 23, 2008
Filed: January 7, 2009

———————

Before MURPHY, BYE, and BENTON, Circuit Judges.

———————

PER CURIAM.

George W. Carlisle, Jr., appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action. Upon careful de novo review, see Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002), we conclude that summary judgment was properly granted for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

———————

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.